Form B18J (10/05)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 06–72263
**Chapter 7**

In Re

Debtors*

Julius L Pruitt  
1370 W. Empire Court, #4  
Freeport, IL 61032

Yaa D Appiah–Pruitt  
fka Yaa D Appiah  
1370 W. Empire Court, #4  
Freeport, IL 61032

Social Security No.:  
xxx–xx–7032

xxx–xx–6436

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: March 12, 2007

Kenneth S. Gardner, Clerk  
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005). For joint debtors, set forth the last four digits of both Social Security numbers.*

Form B18J continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cshabez                Page 1 of 2              Date Rcvd: Mar 12, 2007
Case: 06-72263                 Form ID: b18                 Total Served: 59


The following entities were served by first class mail on Mar 14, 2007.
db           +Julius L Pruitt,    1370 W. Empire Court, #4,    Freeport, IL 61032-6171
jdb          +Yaa D Appiah-Pruitt,    1370 W. Empire Court, #4,    Freeport, IL 61032-6171
aty          +Jeffry A. Dahlberg,    Balsley and Dahlberg, LLP,    5130 N Second St,    Loves Park, IL 61111-5002
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL    61132-2903
11038063     +AFNI,    P.O. Box 3427,    Bloomington, IL 61702-3427
11038064     +ATTORNEY GEORGE E. ENSTROM,    10 North Chicago Avenue,    Freeport, IL 61032-4248
11038065     +ATTORNEY THOMAS E. JOLAS P.C.,    202 First Street N.W.,    P.O. Box 4000,
               Mason City, IA 50402-4000
11141616     +Albert Appiah,    3490 Loras,    Freeport, IL 61032-4426
11038066     +BERTROCHE LAW OFFICES,    4044 S.E. 14th Street,    Des Moines, IA 50320-1673
11038067     +BUSINESSMEN'S COLLECTION BUREAU,    106 West Douglas,    P.O. Box 657,    Freeport, IL 61032-0657
11038068     +CAPITAL ONE,    Blatt, Hasenmiller, Leibsker & Moor,    211 Landmark Drive, Ste. E5,
               Normal, IL 61761-6165
11038070     +CAVALRY PORTFOLIO SERVICES,    P.O. Box 1017,    Hawthorne, NY 10532-7504
11090907     +CFS-SunTech Servicing LLC,    POB 6004,    Ridgeland MS 39158-6004
11038071     +CITI FINANCIAL,    633 Harlem Rd., Ste 200,    Machesney Park, IL 61115-2452
11038072     +COLLECTION SYSTEMS OF FREEPORT,    206 W. Stephenson,    P.O. Box 496,    Freeport, IL 61032-0496
11038073     +CONSUELLO PRUITT,    2542 Stephenson Circle,    Freeport, IL 61032-3639
11038074     +CREDIT COLLECTION SERVICES,    Two Wells Avenue,    Newton, MA 02459-3246
11141617     +Commonwealth Edison Co,    Attn: Credit Dept,    2100 Swift Dr,    Oak Brook, IL 60523-1559
11038076     +DUBUQUE PEDIATRICS PC,    1500 Delhi Street,    Dubuque, IA 52001-6358
11038077     +DUTRAC COMMUNITY CREDIT UNION,    3465 Asbury Road,    Dubuque, IA 52002-2845
11097776     +Dialchek,    PO Box 1343,    Bettendorf, IA 52722-0023
11038078     +EZ MONEY CHECK CASHING,    3305 Asbury Road, #5,    Dubuque, IA 52002-2898
11038079     +FHN PHYSICIAN SERVICES,    P.O. Box 268,    Freeport, IL 61032-0268
11038080      FIFTH AND THIRD BANK,    P.O. Box 630900,    Cincinnati, OH 45263-0900
11038081      FIRST FINANCIAL ASSET MANAGEMENT,    P.O. Box 18064,    Hauppauge, NY 11788-8864
11038083     +FOCUS RECEIVABLES MANAGEMENT,    8306 Laurel Fair Circle, Suite 200,    Tampa, FL 33610-7344
11038084     +FREEPORT MEMORIAL HOSPITAL,    Central Business Office,    P.O Box 857,    Freeport, IL 61032-0857
11038085     +G.C. SERVICES,    6330 Gulfton,    Houston, TX 77081-1198
11038086     +HARVARD COLLECTION SERVICES, INC.,    4839 N. Elston Avenue,    Chicago, IL 60630-2589
11038087     +IL.DEPT OF HEALTHCARE & FAMILY SRV.,    CHILD SUPPORT ENFORCEMENT,    201 South Grand Avenue, East,
               Springfield, IL 62763-0001
11038088     +J.C. PENNEY,    P.O. Box 981403,    El Paso, TX 79998-1403
11038089     +KAY JEWELERS,    P.O. Box 3680,    Akron, OH 44309-3680
11038090     +KRISTEN FRANZ,    827 W. Cleveland Street,    Freeport, IL 61032-6209
11038091      LEADING EDGE RECOVERY SOLUTIONS,    P.O. Box 505,    Linden, MI 48451-0505
11038092     +LTD FINANCIAL SERVICES L.P.,    7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2000
11038093     +MICROSWITCH EMPLOYEE CREDIT UNION,    c/o Attorney Steve Cox,    208 W. Stephenson Street,
               Freeport, IL 61032-4325
11038094     +MIDWEST CHECK CASHING,    n/k/a MM Finance,    3305 Asbury Road, #5,    Dubuque, IA 52002-2898
11097777     +Mahoney & Hauser Ltd,    PO Box 158,    Freeport, IL 61032-0158
11038095      NATIONAL ACTION FINANCIAL SERVICES,    165 Lawrence Bell Drive, Suite 100,    P.O. Box 9027,
               Williamsville, NY 14231-9027
11038096     +NCO FINANCIAL SYSTEMS,    507 Prudential Road,    Horsham, PA 19044-2368
11097778     +P Thomas MD,    750 Kiwanis Dr,    Freeport, IL 61032-7105
11038097      PROGRESSIVE INS.  A/S/F LINDA LOSO,    c/o Attorney Ronald W. Kuntz,    405- 6th Avenue, Suite 940,
               Des Moines, IA 50309-2415
11097779     +Prodigy Child Development Inc,    715 W Locust,    DuBuque, IA 52001-4347
11038098     +RETRIEVAL MASTERS CREDITORS BUREAU,,    2269 S. Saw Mill River Rd. Bldg 3,
               Elmsford, NY 10523-3848
11038100      ROCKFORD ANESTHESIOLOGISTS,    P.O. Box 4569,    Rockford, IL 61110-4569
11038101     +ROCKFORD MERCANTILE AGENCY,    2502 S. Alpine Road,    Rockford, IL 61108-7813
11038102     +STATE COLLECTION SERVICES,    P.O. Box 6250,    Madison, WI 53716-0250
11038103      SUNTECH-COLLEGIATE FUNDING,    P.O. Box 6004,    Ridgeland, MS 39158-6004
11141618     +Social Security Administration,    PO Box 4471,    Chicago, IL 60680-4471
11038104     +TAYNA MCCLELLAN GREER,    1123 South Maple Avenue,    Freeport, IL 61032-5549
11038105     +THE FINLEY HOSPITAL,    1200 Pleasant Street,    Des Moines, IA 50309-1406
11038106     +TRI-STATE ADJUSTMENT,    P.O. Box 882,    Freeport, IL 61032-0882
11038107      UW HEALTH,    University Physicians,    P.O. Box 2978,    Milwaukee, WI 53201-2978
11038108      UW HEALTH HOSPITAL & CLINICS,    Account Services Dept.,    P.O. Box 3006,
               Milwaukee, WI 53201-3006

The following entities were served by electronic transmission on Mar 13, 2007.
11038063     +EDI: AFNIRECOVERY.COM Mar 12 2007 23:59:00     AFNI,    P.O. Box 3427,    Bloomington, IL 61702-3427
11038069      EDI: CHASE.COM Mar 12 2007 23:59:00     CARDMEMBER SERVICE/CHASE,    P.O. Box 15298,
               Wilmington, DE 19850-5298
11038075     +EDI: CREDPROT.COM Mar 12 2007 23:59:00     CREDIT PROTECTION ASSOCIATION,
               13355 Noel Road, 21st Floor,    Dallas, TX 75240-6602
11038082      EDI: AMINFOFP.COM Mar 12 2007 23:59:00     FIRST PREMIER BANK,    P.O. Box 5519,
               Sioux Falls, SD 57117-5519
11141619     +EDI: IRS.COM Mar 12 2007 23:59:00     IRS,    Centralized Insolvency Operation,    PO Box 21126,
               Philadelphia, PA 19114-0326
11038099     +EDI: PHINRJMA.COM Mar 12 2007 23:59:00     RJM ACQUISITIONS,    575 Underhill Blvd., Suite 224,
               Syosset, NY 11791-3416
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            CFS-SunTech Servicing LLC
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cshabez           Page 2 of 2              Date Rcvd: Mar 12, 2007
Case: 06-72263                Form ID: b18            Total Served: 59

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2007**                    **Signature:** *Joseph Speetjens*